CM-200

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Michelle Yang, Esq. (SBN 325467); Sarah Pfeffer, Esq. (SBN 331166) <br> Prestige Legal Solutions, P.C. <br> 6420 Wilshire Blvd., Suite # 200. Los Angeles, CA 90048 <br> TELEPHONE NO.: (310) 933-6626    FAX NO. *(Optional)*: (310) 933-5821 <br> E-MAIL ADDRESS *(Optional)*: myang@plsfirm.com; spfeffer@plsfirm.com <br> ATTORNEY FOR *(Name)*: Jose Martinez | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: Jose Martinez
DEFENDANT/RESPONDENT: Nissan North America, Inc.

## NOTICE OF SETTLEMENT OF ENTIRE CASE

CASE NUMBER: 2:23-cv-00115-SVW (KSx)
JUDGE: Stephen V. Wilson
DEPT.: 10A

### NOTICE TO PLAINTIFF OR OTHER PARTY SEEKING RELIEF
You must file a request for dismissal of the entire case within 45 days after the date of the settlement if the settlement is **unconditional.** You must file a dismissal of the entire case within 45 days after the date specified in item 1b below if the settlement is **conditional.** Unless you file a dismissal within the required time or have shown good cause before the time for dismissal has expired why the case should not be dismissed, the court will dismiss the entire case.

**To the court, all parties, and any arbitrator or other court-connected ADR neutral involved in this case:**

1. This entire case has been settled. The settlement is:
   a. [ ] **Unconditional.** A request for dismissal will be filed within 45 days after the date of the settlement.
      Date of settlement:
   b. [X] **Conditional.** The settlement agreement conditions dismissal of this matter on the satisfactory completion of specified terms that are not to be performed within 45 days of the date of the settlement. A request for dismissal will be filed no later than *(date):* 8/07/23

2. Date initial pleading filed: 1/10/2023

3. Next scheduled hearing or conference:
   a. Purpose: Jury Trial
   b. [X] (1) Date: 9/12/2023
      (2) Time: 9:00 am
      (3) Department: 10A

4. Trial date: 9/12/2023
   a. [ ] No trial date set.
   b. [X] (1) Date: 9/12/2023
      (2) Time: 9:00 a.m.
      (3) Department: 10A

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 07, 2023

Sarah Pfeffer, Esq.
(TYPE OR PRINT NAME OF [X] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

▶ *(signature)*
(SIGNATURE)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-200 [Rev. January 1, 2007]

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

Cal. Rules of Court, rule 3.1385
w.courts.ca.c

CM-200

| PLAINTIFF/PETITIONER: Jose Martinez | CASE NUMBER: |
| --- | --- |
| DEFENDANT/RESPONDENT: Nissan North America, Inc. | 2:23-cv-00115-SVW (KSx) |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF SETTLEMENT OF ENTIRE CASE

*(NOTE: You cannot serve the Notice of Settlement of Entire Case if you are a party in the action. The person who served the notice must complete this proof of service.)*

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify):*

2. I served a copy of the *Notice of Settlement of Entire Case* by enclosing it in a sealed envelope with postage fully prepaid and *(check one):*

   a. ☐ deposited the sealed envelope with the United States Postal Service.

   b. ☐ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Settlement of Entire Case* was mailed:

   a. on *(date):*

   b. from *(city and state):*

4. The envelope was addressed and mailed as follows:

   a. Name of person served:

      Street address:
      City:
      State and zip code:

   c. Name of person served:

      Street address:
      City:
      State and zip code:

   b. Name of person served:

      Street address:
      City:
      State and zip code:

   d. Name of person served:

      Street address:
      City:
      State and zip code:

   ☐ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

5. Number of pages attached _____ .

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____          ▶          _____
(TYPE OR PRINT NAME OF DECLARANT)                              (SIGNATURE OF DECLARANT)

| CM-200 [Rev. January 1, 2007] | **NOTICE OF SETTLEMENT OF ENTIRE CASE** | Page 2 of 2 |
| --- | --- | --- |

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Prestige Legal Solutions, P.C., 6420 Wilshire Blvd., Suite 200, Los Angeles, California 90048.

On June 07, 2023, I served the document(s) described as: **NOTICE OF SETTLEMENT OF ENTIRE CASE** on the interested parties in this action by sending a true copy thereof to the interested parties as follows:

LEWIS BRISBOIS BISGAARD & SMITH LLP
Ryan Marden, SB# 217709
E-Mail: Ryan.Marden@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

[ ] **BY MAIL (ENCLOSED IN A SEALED ENVELOPE):** I deposited the envelope(s) for mailing in the ordinary course of business at Los Angeles, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California.

[X] **BY ELECTRONIC SERVICE/EMAIL**: I electronically filed the document(s) with this Court using the Court's designated electronic filing service provider, which sent notification of that filing to the person(s) listed above to accept service by electronic transmission, and/or I caused the document(s) to be transmitted via electronic mail to the addressees as listed above pursuant to C.C.P. § 1010.6 and 1013(g), Cal. Rule of Court 2.251, and/or agreement or stipulation between the parties hereby certify that this document was served from Los Angeles, California, by e-mail delivery on the parties listed herein at their most recent known e-mail address or e-mail of record in this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this June 07, 2023, at Los Angeles, California.

Dehnys Alfaro
Name

*Dehnys Alfaro*
Signature

PROOF OF SERVICE